IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OTIS ALTA SANFORD,

   Petitioner,

     v.

WARDEN MR. MEDLIN,

   Respondent.

CIVIL ACTION FILE
NO. 1:11-CV-4147-TWT

## ORDER

This is a pro se habeas corpus action. The Defendant is serving a life sentence for murder. It is before the Court on the recommendation of the Magistrate Judge that the action be dismissed. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the state court decision admitting the dying declaration of the victim was not an unreasonable application of federal constitutional law. The Petitioner's objections are without merit. This action is DISMISSED. The request for a Certificate of Appealability is DENIED.

SO ORDERED, this 14 day of June, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Sanford\r&r.wpd